Stip.Dismissal
NORMAN K.K. LAU
Attorney At Law
A Law Corporation

NORMAN K.K. LAU  1795
820 Mililani Street, Suite 701
Honolulu, Hawaii  96813
Telephone No.:  (808) 523-6767
FAX No.:        (808) 523-6769
Email: norm@normlau.com

Attorney for Plaintiff

                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

CONCETTA DILEO,                ) CIVIL NO. 07-00139 DAE LEK
                               )
            Plaintiff,         ) STIPULATION TO DISMISS
                               ) COMPLAINT FILED MARCH 16, 2007
      vs.                      ) WITH PREJUDICE; ORDER
                               )
PROGRESSIVE MANAGEMENT         )
SYSTEMS; TONY STARKS           )
                               )
            Defendants.        )
                               )
                               ) Trial:    July 8, 2008
                               )
                               )
_____ )

STIPULATION TO DISMISS COMPLAINT FILED MARCH 16, 2007 WITH
                       PREJUDICE

     Plaintiff and Defendants, by and through their respective

undersigned attorneys, pursuant to FRCP, Rule 41 (a) (1) (ii)

stipulate to dismiss the complaint filed March 16, 2007 with

prejudice with each party bearing their fees and costs.  This

stipulation is signed by all appearing parties.  No summary

judgment motion has been filed and trial is presently scheduled

for July 8, 2008.

DATED:      Honolulu, Hawaii.  February 1, 2008.


/s/ NORMAN K.K. LAU                    /s/ MICHIRO IWANAGA

NORMAN K.K. LAU                        WAYNE M. SAKAI
Attorney for Plaintiff                 MICHIRO IWANAGA
                                       DANIEL M. CHEN
                                       Attorneys for Defendants




APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, May 15, 2008.




_____
David Alan Ezra
United States District Judge


---

*Dileo v. Progressive Management Services, et. al.;* STIPULATION TO DISMISS COMPLAINT FILED MARCH
16, 2007 WITH PREJUDICE; Civil No. 07-00139 DAE-LEK